# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 16–31080–KLP
**Chapter** 13
**Judge** Keith L. Phillips

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melissa Haydon Gagnon
 404 Tasewell Ave.
Colonial Heights, VA 23834

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
   Debtor: xxx–xx–2127

Employer Tax–Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party

     Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*10* – Amended/Modified Chapter 13 Plan and Related Motions (Re: related document(s)2 Chapter 13 Plan and Related Motions filed by Melissa Haydon Gagnon) filed by Rudolph C. McCollum Jr. on behalf of Melissa Haydon Gagnon. Confirmation Hearing to be held on 4/27/2016 at 09:10 AM at Judge Phillips' Courtroom, 701 E. Broad St., Rm. 5100, Richmond, Virginia. Objections to Plan due by 4/20/2016. (McCollum, Rudolph)

     NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  September 28, 2016                    William C. Redden , Clerk
                                             United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]                   By /s/ Nathaniel Bullock
                                             Deputy Clerk